**No. 10-7864. Terry Don Evans, Petitioner v. Matthew Cate, Secretary,**

**California Department of Correction and Rehabilitation, et al.**

562 U.S. 1228, 131 S. Ct. 1487, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1484.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.